## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| MIRIAM BENNETT, as Personal ) <br> Representative of the Estate of Jada Bennett ) <br>                             Plaintiff,   ) <br> v.                                            ) <br> HARTT TRANSPORTATION SYSTEMS, ) <br> INC., AND VINCENTE VIROLA     ) <br> RODRIGUEZ,                          ) <br>                             Defendants.  ) <br> _____) | C.A. NO. 4:12-CV-02336-RBH <br><br><br><br><br> CONSENT ORDER FOR <br> LISTING OF EXPERT |
| and | |
| TARENCE LEDAL JOHNSON,        ) <br>                             Plaintiff,   ) <br>                                              ) <br> v.                                             ) <br> HARTT TRANSPORTATION SYSTEMS, ) <br> INC., AND VINCENTE VIROLA     ) <br> RODRIGUEZ,                          ) <br>                             Defendants.  ) <br> _____) | <br><br> C.A. NO. 4:12-CV-03452-RBH <br><br><br><br> CONSENT ORDER FOR <br> LISTING OF EXPERT |

      Comes now counsel for Defendant Vincente Virola-Rodriguez requesting an extension of the deadline to list Dr. Jeffrey Hickman as an expert witness in accordance with Rule 26(a)(2)(b), Fed. R. Civ. P., due to Dr. Hickman taking annual leave from work in conjunction with the week of the fourth of July. The requested extension ends July 19, 2013 and does not affect any other dates in this Court's Order Consolidating these matters for discovery purposes only dated February 11, 2013, nor does it affect this Court's Order Consolidating these matters for trial. All parties agreeing to the same, it is

      ORDERED AND ADJUDGED that Defendant Vincente Virola-Rodriguez's deadline to list Dr. Jeffrey Hickman as an expert in accordance with Rule 26 (a)(2)(b) is extended to July 19, 2013.

                                                                     <u>s/R. Bryan Harwell</u>
                                                                     R. Bryan Harwell
                                                                     United States District Judge

Dated: July 9, 2013

| I CONSENT | I MOVE/CONSENT |
|---|---|
| _s/Brad D. Hewett (with permission)_ | _s/James S. Bruce_____ |
| Signature of Plaintiff's Counsel | Signature of Defendant's Counsel |
| Brad D. Hewett, Counsel for Miriam Bennett | James S. Bruce |
|  | Counsel for Defendant Vincente |
| Dated__7/5/13_ | Virola-Rodriguez |
|  | Dated__7/5/13_ |
|  |  |
| I CONSENT | WE CONSENT |
| __s/Luke A. Rankin (with permission_ | _s/Duke R. Highfield (with permission)___ |
| Signature of Plaintiff's Counsel | Signature of Defendant's Counsel |
| Luke A. Rankin, Counsel for Tarence Johnson | Duke R. Highfield |
|  | Michael B. Langford |
|  | Counsel for Hartt Transportation |
|  | Systems, Inc. |
| Dated_7/5/13____ | Dated__7/5/13__ |