IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| TARENCE LEDAL JOHNSON, | ) | C.A. NO.   4:12-CV-03452-RBH |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| HARTT TRANSPORTATION | ) | WITH PREJUDICE |
| SYSTEMS, INC. AND VINCENTE | ) | |
| VIROLA RODRIGUEZ, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

The parties, having filed with the Court their Joint Stipulation of Dismissal With Prejudice, and the Court having examined said Stipulation and being duly advised in the premises now finds that the Stipulation should be granted.

IT IS HEREBY ORDERED that this cause of action is dismissed, WITH PREJUDICE, costs pre-paid.

IT IS SO ORDERED.

s/R. Bryan Harwell
UNITED STATES DISTRICT JUDGE

June 24, 2014

Florence, South Carolina